Stephen H. Dye, State Bar No. 104385
  sdye@mortensontaggart.com
Richard J. May, State Bar No. 234684
  rmay@mortensontaggart.com
**MORTENSON TAGGART ADAMS LLP**
Two Walnut Creek Center
200 Pringle Avenue, Suite 450
Walnut Creek, CA  94596
Telephone: (925) 771-3143
Facsimile: (925) 664-0357
Nissane-service@mortensontaggart.com

Attorneys for Defendant
NISSAN NORTH AMERICA, INC.

**QUILL & ARROW, LLP**
Kevin Y. Jacobson, Esq., State Bar No. 320532
  kjacobson@quillarrowlaw.com
Andrew Jung, Esq., State Bar No. 336002
  ajung@quillarrowlaw.com
10880 Wilshire Blvd., Suite 1600
Los Angeles, CA 90024
Telephone:   (310) 933-4271
Facsimile:   (310) 889-0645
e-service@quillarrowlaw.com

Attorneys for Plaintiffs
SADIYYA JERELINA SABIR and MONIQUE BARRETT

### IN THE UNITED STATES DISTRICT COURT

### FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SADIYYA JERELINA SABIR, an individual, and MONIQUE BARRETT, an individual, | Case No. 3:25-cv-06235-TSH |
| Plaintiffs, | Magistrate Judge:<br>*Hon. Thomas S. Hixson,* Ctrm. E |
| vs. | [PROPOSED] **ORDER GRANTING STIPULATED PROTECTIVE ORDER** |
| NISSAN NORTH AMERICA, INC., a Delaware Corporation, and DOES 1 through 10, inclusive, | |
| Defendants. | |

Case No. 3:25-cv-06235-TSH

[PROPOSED] ORDER GRANTING STIPULATED PROTECTIVE ORDER

MORTENSON
TAGGART
ADAMS LLP

## [PROPOSED] ORDER

**GOOD CAUSE APPEARING**, the Court hereby approves the Stipulation and Protective Order.

**IT IS SO ORDERED.**

DATED:  __February 18, 2026__

_____
THE HONORABLE THOMAS S. HIXSON
UNITED STATES MAGISTRATE JUDGE

MORTENSON
TAGGART
ADAMS LLP

2                Case No. 3:25-cv-06235-TSH
[PROPOSED] ORDER GRANTING STIPULATED PROTECTIVE ORDER